

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Aaron Esei

**Civil Action No.**  26-cv-00588-BJC-SBC

**Plaintiff,**

**V.**

See attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition for writ of habeas corpus and orders as follows: Respondents are ordered to immediately release Petitioner from the Imperial Regional Detention Facility on the same conditions as previously contained in his order of supervision. Respondents are enjoined from re-detaining Petitioner under 8 U.S.C. 1231 until they have obtained valid travel documents necessary for Petitioner's removal. Respondents are enjoined from re-detaining Petitioner without first following all procedures set forth in 8 C.F.R. §§ 241.4(l) and 241.13(i). Respondents are enjoined from removing Petitioner unless the following process is provided:

(a) written notice to both Petitioner and Petitioner's counsel in a
language Petitioner can understand;
(b) a meaningful opportunity, and a minimum of ten days, to raise
a fear-based claim for CAT protection prior to removal;
(c) if Petitioner is found to have demonstrated "reasonable fear" of removal
to the country, Respondents must follow procedures and reopen Petitioner's
immigration proceedings

**Date:**　　　4/24/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-00588-BJC-SBC

Kristi Noem, Secretary of the Department of Homeland Security; Pamela Jo Bondi, Attorney General; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office; Jeremy Casey, Warden of Imperial Regional Detention Facility

Respondents